STATE OF NEW JERSEY v. THOMAS REGAN.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND MARTEL.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. TODD KING.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JUAN CARDONA.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GARY COVIN.

July 8, 1988.

Petition for certification denied.